**Order entered January 8, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00720-CR

### GABRIEL ADRIAN GUERRA, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 380th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 380-81860-2018

## ORDER

Before the Court is appellant's January 6, 2020 motion for extension of time to file his brief. We **GRANT** his motion and **ORDER** the brief received along with the motion filed as of the date of this order.

/s/    LANA MYERS
        JUSTICE